[No. 29767-5-III.   Division Three.   September 25, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DEAN MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 10-1-00256-9, Donald W. Schacht, J., entered February 28, 2011. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 30503-1-III.   Division Three.   September 25, 2012.]

WILLIAM TY HAND, *Respondent*, v. CHLOE E. PARR, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-2-02242-1, M. Karlynn Haberly, J., entered March 4, 2011. *Affirmed* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.

[Nos. 66566-9-I; 66604-5-I.   Division One.   October 1, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EDWARD CONNER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. SALLI SUZANNE BOSMA, *Appellant*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 10-1-00274-2, Charles R. Snyder, J., entered January 12, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Appelwick, J.